United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXCIS HERRERA,<br>Plaintiff,<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>Defendants. | Case No. 26-cv-04602-LJC<br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | September 8, 2026 |
| Deadline to join parties and amend pleadings:[1] | December 18, 2026 |
| Joint case management statement: | January 7, 2027 |
| Further case management conference: | January 14, 2027, 1:30 PM |
| Fact discovery cut-off: | July 30, 2027 |
| Opening expert reports and disclosures: | August 30, 2027 |
| Rebuttal expert reports and disclosures: | September 29, 2027 |
| Expert discovery cut-off: | October 29, 2027 |
| Last day to file dispositive motions and *Daubert* motions: | November 22, 2027 |
| Last day to hear dispositive motions and *Daubert* motions: | January 11, 2028 |

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required. A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave. A motion filed after this date must also meet the standard to modify a scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

| | |
|---|---|
| ADR Deadline: | February 18, 2028 |
| Pretrial conference:[2] | March 10, 2028, 1:30 PM |
| Jury trial: | March 27, 2028 (5 days) |

The parties are REFERRED to the ADR Department for Court-sponsored mediation to take place by the deadline stated above, though they are encouraged to consider whether an earlier mediation would be useful. If the parties would prefer a different ADR process, they may file a stipulation and proposed order to that effect. The Court may require the parties to appear for a status conference to justify their request if they seek referral to a settlement conference with a magistrate judge.

**IT IS SO ORDERED.**

Dated: August 26, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.